BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP
Alan R. Plutzik, SBN 77785
Michael S. Strimling, SBN 96135
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

FRANKEL & GOLDWARE, LLP
Stuart I. Goldware, SBN 76560
6111 Bollinger Canyon Road, Suite 475
San Ramon, CA 94583
Telephone: (925) 355-9800
Facsimile: (925) 355-9801

LAW OFFICES OF
WAYNE LEWIS LESSER
Wayne Lewis Lesser, SBN 49593
2165 Filbert Street, 2nd Floor
San Francisco, CA 94123
Telephone: (415) 563-2111
Facsimile: (415) 673-0900

Attorneys for Plaintiffs
NAMED PLAINTIFFS AND ON BEHALF OF THE
PROPOSED CLASS

DAN SIEGEL, SBN 56400
JANE BRUNNER, SBN 135422
JESSICA ALBERT, SBN 249770
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Defendant
SERVICE EMPLOYEES INTERNATIONAL
UNION LOCAL 87

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Gomez, et al. v. SEIU Local 87, et al., Case No. C10-01888
Stipulation for Extension of Time to Respond to Plaintiffs' Second Amended Complaint - 1

| | | |
|---|---|---|
| 1 | MARTA GOMEZ, RAMONA HERNANDEZ, MARIA HERRERA, ELSA ACEVEDO, MARIA ALVAREZ, SALVADOR GALLARDO, MARIA VEGA, TARCISIO VEGA, JOSE TASAYCO, OLGA LOAIZA, ESPERANZA J. LOPEZ, MANUAL LOPEZ, JOSE A. LUNA, RUTILIO RIVAS, and CAROLINA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 87, SERVICE EMPLOYEES INTERNATIONAL UNION, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. C10-01888<br>AND ORDER<br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Case filed:  April 30, 2010<br>Trial date:  September 9, 2013<br>Judge:      Hon. Richard Seeborg |

IT IS HEREBY STIPULATED by and through the undersigned parties that Defendant Service Employee International Union Local 87 shall have an extension of time in which to answer or otherwise respond to Plaintiffs' Second Amended Complaint, up to and including December 22, 2010.

DATED: December 6, 2010

                                                              BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

                                                              By:  /s/_____
                                                                       Michael S. Strimling

                                                             Attorneys for Plaintiffs
                                                             NAMED PLAINTIFFS AND PROPOSED CLASS

///
///
///
///
///

| | | |
|---|---|---|
| 1 | DATED: December 6, 2010 | SIEGEL & YEE |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | Jessica Albert |
| 5 | | Attorneys for Defendant |
| 6 | | SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 87 |

Attestation Pursuant To General Order 45

I, Jessica Albert, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 6th day of December, 2010 at Oakland, California.

By: /s/
Jessica Albert

[PROPOSED] ORDER:
THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED.
Dated: 12/15/10          By  /s/ Richard Seeborg
                             JUDGE RICHARD SEEBORG

Gomez, et al. v. SEIU Local 87, et al., Case No. C10-01888
Stipulation for Extension of Time to Respond to Plaintiffs' Second Amended Complaint - 3