**\*E-Filed 9/21/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTA GOMEZ, RAMONA HERNANDEZ, MARIA HERRERA, ELSA ACEVEDO, MARIA ALVAREZ, SALVADOR GALLARDO, MARIA VEGA, TARCISIO VEGA, JOSE TASAYCO, OLGA LOAIZA, ESPERANZA J. LOPEZ, MANUAL LOPEZ, JOSE A. LUNA, RUTILIO RIVAS, and CAROLINA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 87, SERVICE EMPLOYEES INTERNATIONAL UNION, and DOES 1 through 10, inclusive,<br><br>Defendants.<br>_____/ | No. C 10-01888 RS<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Defendants' motion to continue the hearing on plaintiffs' motion for class certification until after the November 17, 2011 deadline for completion of non-expert discovery pertaining to class certification is granted. The hearing shall be continued to **December 15, 2011** at 1:30 p.m. in Courtroom 3. Pursuant to Civil Local Rule 7-3, the time for defendants' opposition and for plaintiffs' reply does not automatically move with a change in the hearing date. Accordingly, the following briefing schedule shall apply to plaintiffs' motion for class certification. Defendants'

opposition must be filed no later than **December 1, 2011** and plaintiffs' reply must be filed no later than **December 8, 2011**.

IT IS SO ORDERED.

Dated: 9/21/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE