*E-Filed 12/2/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTA GOMEZ, *et al.*, | No. C 10-01888 RS |
| Plaintiffs, | |
| v. | **ORDER CONTINUING HEARING ON MOTION FOR CLASS CERTIFICATION** |
| SERVICE EMPLOYEES INTERNATIONAL UNION., *et al.*, | |
| Defendants. | |
| _____/ | |

On December 2, 2011, plaintiffs filed a motion requesting, in essence, an extension of time to reply to defendants' opposition brief to the motion for class certification, due to the significant discovery that has occurred since plaintiffs first filed their motion.  To accommodate plaintiffs' request, the hearing that was previously scheduled for January 26, 2012 is hereby continued to **February 2, 2012 at 1:30 p.m.** in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco.  Defendants' **opposition brief** remains due on **January 12, 2012**.  Plaintiffs' **reply brief** is due on **January 26, 2012**.

IT IS SO ORDERED.

Dated:  12/2/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-01888 RS
ORDER

**United States District Court**
For the Northern District of California