1  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   Alan R. Plutzik (State Bar No. 077785)
2  Michael S. Strimling (State Bar No. 96135)
   2125 Oak Grove Road, Suite 120
3  Walnut Creek, CA 94598
   Telephone: (925) 945-0200
4  Facsimile: (925) 945-8792
   E-Mails: mstrimling@bramsonplutzik.com
5
   FRANKEL & GOLDWARE, LLP
6  Stuart I. Goldware (State Bar No. 76560)
   6111 Bollinger Canyon Road, Suite 475
7  San Ramon, CA 94583
   Telephone: (925) 355-9800
8  Facsimile: (925) 355-9801
   E-mail: sgoldware@danvillelaw.com
9
   LAW OFFICES OF WAYNE LEWIS LESSER
10 Wayne Lewis Lesser (State Bar No. 49593)
   2165 Filbert Street, 2nd Floor
11 San Francisco, CA 94123
   Telephone: (415) 563-2111
12 Facsimile: (415) 673-0900
   E-Mail: wllesser@pacbell.net
13
   *Attorneys for Plaintiffs and on behalf*
14 *of the proposed class*

15              **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

| MARTA GOMEZ, RAMONA HERNANDEZ, MARIA HERRERA, ELSA ACEVEDO, MARIA ALVAREZ, SALVADOR GALLARDO, MARIA VEGA, TARCISIO VEGA, JOSE TASAYCO, OLGA LOAIZA, ESPERANZA J. LOPEZ, MANUEL LOPEZ, JOSE A. LUNA, RUTILIO RIVAS, and CAROLINA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 87, SERVICE EMPLOYEES INTERNATIONAL UNION, and DOES 1 through 10, inclusive,<br><br>Defendants. | No. C10-01888 RS<br><br>**STIPULATION OF DISMISSAL OF ACTION OF PLAINTIFF ELSA ACEVEDO, MARTA GOMEZ AND RAMONA HERNANDEZ; [PROPOSED] ORDER**<br><br><br>Judge: Hon. Richard Seeborg<br>Courtroom 3 |
|---|---|

**STIPULATION OF DISMISSAL OF ACTION OF PLAINTIFF ELSA ACEVEDO, MARTA GOMEZ and RAMONA HERNANDEZ; [PROPOSED] ORDER -** CASE NO. C10-01888

1    Plaintiffs ELSA ACEVEDO, MARTA GOMEZ and RAMONA HERNANDEZ and
2    defendant SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 87 ("Defendant")
3    hereby stipulate, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as follows:
4    (1) All claims asserted in this action by plaintiffs ELSA ACEVEDO, MARTA GOMEZ
5    and RAMONA HERNANDEZ shall be dismissed with prejudice.
6    (2) SEIU Local 87 will not seek expenses or costs from ELSA ACEVEDO, MARTA
7    GOMEZ and RAMONA HERNANDEZ.
8    (3) This Stipulation applies only to the claims asserted by plaintiffs ELSA ACEVEDO,
9    MARTA GOMEZ and RAMONA HERNANDEZ in this action.
10   IT IS SO STIPULATED.

11   Dated: February 15, 2012            BRAMSON, PLUTZIK, MAHLER &
                                         BIRKHAEUSER, LLP

                                         By:    /s/ Michael S. Striming

                                         BRAMSON, PLUTZIK, MAHLER &
                                         BIRKHAEUSER, LLP
                                         Alan R. Plutzik (State Bar No. 077785)
                                         Michael S. Strimling (State Bar No. 96135)
                                         2125 Oak Grove Road, Suite 120
                                         Walnut Creek, CA 94598
                                         Telephone: (925) 945-0200
                                         Facsimile: (925) 945-8792
                                         E-Mails: mstrimling@bramsonplutzik.com

                                         FRANKEL & GOLDWARE, LLP
                                         Stuart I. Goldware (State Bar No. 76560)
                                         6111 Bollinger Canyon Road, Suite 475
                                         San Ramon, CA 94583
                                         Telephone: (925) 355-9800
                                         Facsimile: (925) 355-9801
                                         E-mail:  sgoldware@danvillelaw.com

                                         LAW OFFICES OF WAYNE LEWIS LESSER
                                         Wayne Lewis Lesser (State Bar No. 49593)
                                         2165 Filbert Street, 2nd Floor
                                         San Francisco, CA 94123
                                         Telephone: (415) 563-2111
                                         Facsimile: (415) 673-0900
                                         E-Mail: wllesser@pacbell.net

                                         Attorneys for Plaintiffs

Dated:  February 15, 2012                    SIEGEL & YEE

                                             By:   /s/ Jane Brunner
                                                   Jane Brunner

                                             DAN SIEGEL, SBN 56400
                                             JANE BRUNNER, SBN 135422
                                             SIEGEL & YEE
                                             499 14th Street, Suite 220
                                             Oakland, California 94612
                                             Telephone: (510) 839-1200
                                             Facsimile: (510) 444-6698

                                             Attorneys for Defendant
                                             SERVICE EMPLOYEES INTERNATIONAL
                                             UNION LOCAL 87

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Michael S. Strimling, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 16th day of February, 2012 at Walnut Creek, California.

                                                     /s/ Michael S. Strimling

## ORDER

The above stipulation having been considered, and good cause appearing therefore, IT IS SO ORDERED.

DATED:  2/16/12

                                                     RICHARD SEEBORG
                                                     UNITED STATES DISTRICT JUDGE