*E-Filed 4/6/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOMEZ, et al, | No. C 10-01888 RS |
| Plaintiffs, | **REFERRAL ORDER TO COURT ADR PROCESS** |
| v. | |
| SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 87, et al, | |
| Defendants. | |

Pursuant to the parties' agreement, this matter is hereby referred to the Court's hybrid ENE/mediation process to be completed within 90 days of the issuance of this order. The parties shall promptly notify the Court whether the case is resolved during the process.

IT IS SO ORDERED.

DATED: 4/6/12

RICHARD SEEBORG
United States District Judge

REFERRAL ORDER
NO. C 10-01888 RS