| | |
|---|---|
| DAN SIEGEL, SBN 56400 | BRAMSON, PLUTZKIK, MAHLER & |
| JANE BRUNNER, SBN 135422 | BIRKHAEUSER, LLP |
| MICHAEL SIEGEL, SBN 269439 | ALAN R. PLUTZIK, SBN 77785 |
| KEVIN BRUNNER, SBN 271510 | MICHAEL S. STRIMLING, SBN 96135 |
| SIEGEL & YEE | 2125 Oak Grove Road, Suite 120 |
| 499 14th Street, Suite 300 | Walnut Creek, CA 94598 |
| Oakland, California 94612 | Telephone: (925) 945-0201 |
| Telephone: (510) 839-1200 | Facsimile: (925) 945-8792 |
| Facsimile: (510) 444-6698 | |
| Attorneys for Defendant | Attorneys for Plaintiffs |
| SEIU LOCAL 87 | MARIA HERRERA, *et al.* |
| | (Additional counsel listed below) |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA HERRERA, MARIA ALVAREZ, SALVADOR GALLARDO, MARIA VEGA, TARCISIO VEGA, JOSE TASAYCO, OLGA LOAIZA, ESPERANZA J. LOPEZ, MANUAL LOPEZ, JOSE A. LUNA, RUTILIO RIVAS, and CAROLINA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 87, SERVICE EMPLOYEES INTERNATIONAL UNION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C10-01888 RS<br><br>**STIPULATION RE EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR CLASS CERTIFICATION;** [PROPOSED] **ORDER** AS MODIFIED BY THE COURT<br><br>Hearing Date: November 29, 2012<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3 |

Plaintiffs MARIA HERRERA, MARIA ALVAREZ, SALVADOR GALLARDO, MARIA VEGA, TARCISIO VEGA, JOSE TASAYCO, OLGA LOAIZA, ESPERANZA J. LOPEZ, MANUAL LOPEZ, JOSE A. LUNA, RUTILIO RIVAS, and CAROLINA RODRIGUEZ, and defendant SERVICE EMPLOYEES INTERNATIONAL UNION

---

*Herrera, et al.* v. *SEIU Local 87, et al.*, Case No. C10-01888
Stipulation RE Extension of Time and [Proposed] Order                                                    1

LOCAL 87 hereby stipulate and request an order changing time, pursuant to Civil Local Rules 6-2 and 7-12, as follows:

1. Due to an unforeseen family medical emergency regarding his wife's pregnancy, as of October 30, 2012, attorney for defendant SEIU Local 87 Kevin Brunner of the law firm Siegel & Yee is unable to prepare defendant's opposition to plaintiffs' pending renewed motion for class certification, filed October 23, 2012. Kevin Brunner was, until this moment, the primary acting attorney for defendant SEIU Local 87 in this matter, as well as the principal lawyer charged with preparing defendant's opposition. Although two other attorneys from Siegel & Yee have appeared in this matter, Dan Siegel and Jane Brunner, neither is available to prepare opposition to the pending motion by November 6, 2012, the current deadline for defendant's opposition. Jane Brunner is unavailable because she has taken a leave of absence from Siegel & Yee in order to conduct a political campaign for the elected position of City Attorney of Oakland, California. Dan Siegel, although he will still act as defendant's trial counsel in this matter, is not presently briefed on the detailed factual matters underlying plaintiffs' motion, and is also unavailable to prepare the opposition due to multiple scheduled conflicts, including a hearing in the Eastern District and several depositions. After Dan Siegel and Siegel & Yee learned of Kevin Brunner's unexpected and indefinite absence from Siegel & Yee, attorney Michael Siegel was assigned to the case. Upon receiving this assignment, Michael Siegel contacted opposing counsel Michael Strimling on October 30, 2012, to request an extension of three weeks, or more, to file papers in opposition to class certification. The parties hereby

propose that defendant's time to file an opposition be extended until November 27, 2012.

2. Hearing on plaintiffs' renewed motion for class certification is currently scheduled for November 29, 2012, at 1:30 p.m. This hearing date has not been rescheduled, prior to this request. The parties hereby propose that hearing on the renewed motion be rescheduled for January 10, at 1:30 p.m., with the reply brief of plaintiffs to be due on December 18, 2012, so that all these dates do not to conflict with planned holidays.

3. The parties do not anticipate that this requested time modification will have an effect on the schedule for this case.

Dated: October 30, 2012

          SIEGEL & YEE

          By:   /s/  Michael Siegel

DAN SIEGEL, SBN 56400
JANE BRUNNER, SBN 135422
MICHAEL SIEGEL, SBN 269439
KEVIN BRUNNER, SBN 271510
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for DEFENDANT

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

By:   /s/  Michael Strimling

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik, SBN 77785

---

*Herrera, et al.* v. *SEIU Local 87, et al.*, Case No. C10-01888
Stipulation RE Extension of Time and [Proposed] Order          3

Michael S. Strimling, SBN 96135
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

FRANKEL & GOLDWARE, LLP
Stuart I. Goldware (State Bar No. 76560)
6111 Bollinger Canyon Road, Suite 475
San Ramon, CA 94583
Telephone: (925) 355-9800
Facsimile: (925) 355-9801

LAW OFFICES OF WAYNE LEWIS LESSER
Wayne Lewis Lesser, SBN 49593
2165 Filbert Street, 2nd Floor
San Francisco, CA 94123
Telephone: (415) 563-2111
Facsimile: (415) 673-0900

Attorneys for PLAINTIFFS

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Michael S. Strimling, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 30th day of October, 2012 at Walnut Creek, California.

   /s/  Michael Strimling

**ORDER**

The above stipulation having been considered, and good cause appearing therefore, IT IS SO ORDERED.  Defendant SEIU may have until November 27, 2012 for filing and service of its opposition brief; plaintiffs shall have until December 18, 2012,

---

*Herrera, et al.* v. *SEIU Local 87, et al.*, Case No. C10-01888
Stipulation RE Extension of Time and [Proposed] Order                                    4

for filing and service of the reply brief; and the date for hearing for the Motion to Certify previously set for November 29, 2012, is hereby continued until January 17, 2013 at 1:30 p.m.

DATED: 11/1/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE