**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA HERRERA, MARIA ALVAREZ, SALVADOR GALLARDO, MARIA VEGA, TARCISIO VEGA, JOSE TASAYCO, OLGA LOAIZA, ESPERANZA J. LOPEZ, MANUAL LOPEZ, JOSE A. LUNA, RUTILIO RIVAS, and CAROLINA RODRIGUEZ, individually and on behalf of all others similarly situated, | No. C 10-01888 RS **ORDER ON MOTION FOR ADMINISTRATIVE RELIEF** |
|        Plaintiffs, | |
|   v. | |
| SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 87, SERVICE EMPLOYEES INTERNATIONAL UNION, and DOES 1 through 10, inclusive | |
|        Defendant. | |
| _____/ | |

Plaintiffs have noticed a motion for summary judgment for May 30, 2013.  Defendant Service Employees International Union Local 87 (SEIU) has noticed a cross-motion for summary judgment for June 20, 2013.  Plaintiffs have requested a 30-day continuance of the deadline for filing their opposition(s) to the SEIU's motion for summary judgment, and of the hearing on that motion.  Although the SEIU does not object in principle to moving either plaintiffs' opposition deadline or the hearing date, it has filed a response to plaintiffs' request stating that it will only agree to a 14-day extension.

For the efficiency of the Court, the hearing dates on both motions for summary judgment should be consolidated.  The May 30 and June 20, 2013, hearing dates on the motions for summary judgment are therefore vacated.  The parties are ordered to meet and confer and agree upon a Thursday that is available on the Court's calendar on which both motions for summary judgment

No. C 10-01888 RS
ORDER

1

1   may be heard.  The parties shall renotice both motions for summary judgment for the agreed-upon

2   date.

3        IT IS SO ORDERED.

4   Dated: 5/21/13

5                                                          RICHARD SEEBORG
                                                           UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

No. C 10-01888 RS
ORDER