1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
Michael S. Strimling (State Bar No. 96135)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
E-Mails: mstrimling@bramsonplutzik.com

FRANKEL & GOLDWARE, LLP
Stuart I. Goldware (State Bar No. 76560)
6111 Bollinger Canyon Road, Suite 475
San Ramon, CA 94583
Telephone: (925) 355-9800
Facsimile: (925) 355-9801
E-mail:  sgoldware@danvillelaw.com

LAW OFFICES OF WAYNE LEWIS LESSER
Wayne Lewis Lesser (State Bar No. 49593)
2165 Filbert Street, 2nd Floor
San Francisco, CA 94123
Telephone: (415) 563-2111
Facsimile: (415) 673-0900
E-Mail: wllesser@pacbell.net

*Attorneys for Plaintiffs and on behalf*
*of the proposed class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERRERA, MARIA ALVAREZ, SALVADOR GALLARDO, MARIA VEGA, TARCISIO VEGA, JOSE TASAYCO, OLGA LOAIZA, ESPERANZA J. LOPEZ, MANUAL LOPEZ, JOSE A. LUNA, RUTILIO RIVAS, and CAROLINA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>                 v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 87,  SERVICE EMPLOYEES INTERNATIONAL UNION, and DOES 1 through 10, inclusive,<br><br>                              Defendants. | No. C10-01888 RS<br><br>**[~~PROPOSE~~D CORRECTED] ORDER GRANTING DEFENDANT SEIU LOCAL 87's and PLAINTIFFS' STIPULATION FOR ADMINISTRATIVE RELIEF FOR ADDITIONAL TIME FOR BRIEFING AND CONTINUANCE OF HEARING DATE ON SUMMARY JUDGMENT**<br><br>Judge:  Hon. Richard Seeborg<br>Courtroom 3 |

**[PROPOSED CORRECTED] ORDER**
69104

1

**ORDER**

2

3   Following the Stipulation of defendant Service Employees International Union Local 87

4   and plaintiffs for administrative relief for additional time for briefing and continuance of

5   hearing date on defendant's and plaintiffs' motions for summary judgment, the Court issues the

6   following Order:

The plaintiffs will file their opposition to defendant SEIU Local 87's summary

7   judgment no later than June 20, 2013.  The defendant SEIU Local 87 will file its reply to

8   plaintiffs' opposition no later than July 3, 2013.  The date to hear the parties' motions for

9   summary judgment will be July 11, 2013.

10

11   Dated:   5/22/13

12

_____
13
   RICHARD SEEBORG
   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**[PROPOSED CORRECTED] ORDER**
69104