BRAMSON, PLUTZIK, MAHLER
& BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
Michael S. Strimling (State Bar No. 96135)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone:   (925) 945-0200
Facsimile:  (925) 945-8792
Email:  aplutzik@bramsomplutzik.com
Email:  mstrimling@bramsonplutzik.com

FRANKEL & GOLDWARE, LLP
Stuart Goldware (State Bar No. 76560)
6111 Bollinger Canyon Road, Suite 475
San Ramon, CA  94583
Telephone:  (925) 355-9800
Facsimile:  (925) 355-9801
Email:  sgoldware@danvillelaw.com

LAW OFFICES OF WAYNE LEWIS LESSER
Wayne Lewis Lesser (State Bar No. 49593)
2165 Filbert Street, 2nd Floor
San Francisco, CA  94123
Telephone:  (415) 563-2111
Facsimile:  (415) 673-0900
Email:  wllesser@pacbell.net

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERRERA, MARIA ALVAREZ, SALVADOR GALLARDO, MARIA VEGA, TARCISIO VEGA, JOSE TASAYCO, OLGA LOAIZA, ESPERANZA J. LOPEZ, MANUAL LOPEZ, JOSE A. LUNA, RUTILIO RIVAS, and CAROLINA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 87, SERVICE EMPLOYEES INTERNATIONAL UNION, and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. C10-01888 RS<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION TO CONTINUE HEARING ON TWO SUMMARY JUDGMENT MOTIONS AND TWO MOTIONS TO WITHDRAW SCHEDULED FOR JULY 11, 2013, TO THE CONTINUED DATE OF  JULY 25, 2013**<br><br>Ctrm:  3<br>The Honorable Richard Seeborg |

HAVING CONSIDERED THE STIPULATION AND ADMINISTRATIVE MOTION OF Plaintiffs and Defendant SEIU LOCAL 87, and good cause appearing therefor,

IT IS HEREBY ORDERED that the following Motions previously ~~scheduled to be heard on July 11, 2013,~~ shall be and hereby are continued to be heard instead on ~~July 25,~~ 2013, and will not be decided until on or after that date: August 1, 2013 at 2:30 p.m.

1. PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND INJUNCTIVE RELIEF RE: PATTERN AND PRACTICE DESCRIMINATION AND HARASSMENT;

2. MOTION FOR SUMMARY JUDGMENT FILED BY SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 87;

3. MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR JOSE A. LUNA, MARIA ALVAREZ, MANUEL LOPEZ AND CAROLINA RODRIGUEZ;

4. MOTION TO WITHDRAW AS ATTORNEY NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR SALVADOR GALLARDO, MARIA HERRERA, OLGA LOAIZA, ESPERANZA LOPEZ, RUTILIO RIVAS, MARIA VEGA, TARCISIO VEGA, AND JOSE TASAYCO;

It is so ordered.

Dated: July 5, 2013

_____
Judge of the United States District Court