DAN SIEGEL, SBN 56400
JANE BRUNNER, SBN 135422
KEVIN BRUNNER SBN 271510
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Defendant
SERVICE EMPLOYEES INTERNATIONAL
UNION LOCAL 87

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERRERA, MARIA ALVAREZ, SALVADOR GALLARDO, MARIA VEGA, TARCISIO VEGA, JOSE TASAYCO, OLGA LOAIZA, MANUEL LOPEZ, JOSE A. LUNA, RUTILIO RIVAS, and CAROLINA RODRIGUEZ, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> vs. <br><br> SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 87, SERVICE EMPLOYEES INTERNATIONAL UNION, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. C10-01888 RS <br><br> [~~PROPOSED~~] ORDER FOR DISMISSAL OF ACTION OF PLAINTIFF MARIA VEGA <br><br> Judge: Hon. Richard Seeborg <br> Courtroom 3 |

Whereas plaintiff MARIA VEGA and defendant SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 87 stipulated pursuant to Rule 41 (a)(ii) of the Federal Rules of Civil Procedure as to the dismissal of all claims asserted in this action by plaintiff MARIA VEGA.

---

*Gomez, et al. v. SEIU Local 87, et al.*, Case No. C10-01888 RS
 [Proposed] Order For Dismissal of Action of Plaintiff Maria Vega- 1

1  IT IS ORDERED that all claims of plaintiff MARIA VEGA are herby dismissed
2  with prejudice.
3
4
5  Dated:  __12/9_____, 2013
6                                                          _____
7                                                          Hon Richard Seeborg
                                                           United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Gomez, et al. v. SEIU Local 87, et al.*, Case No. C10-01888 RS
[Proposed] Order For Dismissal of Action of Plaintiff Maria Vega- 2