IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALVADOR GALLARDO and, JOSE TASAYCO,<br><br>          Plaintiffs,<br>   v.<br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 87, SERVICE EMPLOYEES INTERNATIONAL UNION, and DOES 1 through 10, inclusive,<br><br>          Defendants.<br>_____/ | No. C 10-01888 RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on April 10, 2014. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

      MEDIATION: The parties are hereby REFERRED to the court's ADR department for the purpose of engaging in mediation with a Spanish-speaking mediator, if possible, to take place, ideally, within the next 60 days.

IT IS SO ORDERED.

DATED: April 10, 2014

_____
RICHARD SEEBORG
United States District Judge