IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALVADOR GALLARDO and JOSE TASAYCO,<br><br>    Plaintiffs,<br>  v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 87 and SERVICE EMPLOYEES INTERNATIONAL UNION,<br><br>    Defendant.<br>_____/ | No. CV 10-01888 RS<br><br>**ORDER APPOINTING COUNSEL** |

Because the plaintiffs have requested and are in need of counsel to assist them in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, William Tarantino and Paul Navarro of Morrison & Foerster LLP are hereby appointed as counsel for Salvador Gallardo and Jose Tasayco in this matter.

The scope of this referral shall be for:

☐ all purposes for the duration of the case

☒ the limited purpose of representing the litigant in the course of

  ☒ mediation

  ☐ early neutral evaluation

  ☐ settlement conference

  ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
  _____

☐ discovery as follows:

_____
_____

☐ other:

_____
_____

All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

IT IS SO ORDERED.

Dated: April 25, 2014

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE