IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALVADOR GALLARDO and JOSE TASAYCO,<br><br>    Plaintiffs,<br>  v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 87 and SERVICE EMPLOYEES INTERNATIONAL UNION,<br><br>    Defendant. | No. CV 10-01888 RS<br><br>**ORDER RELIEVING COUNSEL FROM REPRESENTATION** |

On April 25, 2014, William Tarantino and Paul Navarro of Morrison & Foerster LLP were appointed as counsel for Salvador Gallardo and Jose Tasayco at the request of the Federal Pro Bono Project for the limited purpose of representing the litigant in the course of mediation. A mediation session was held on June 9, 2014, but the case did not settle. The Court has now been informed through the Federal Pro Bono Project that no further mediation is contemplated at this time. Counsel is therefore relieved from their representation of plaintiffs Gallardo and Tasayco.

IT IS SO ORDERED.

Dated: August 20, 2014

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE