1  MORRISON & FOERSTER, LLP
   WILLIAM F. TARANTINO (State Bar No. 215343)
2  Email: WTarantino@mofo.com
   425 Market Street, Suite 3300
3  San Francisco, CA 94105-2482
   Telephone: (415) 268-7000
4  Facsimile: (415) 268-7522

5  *Attorneys for Plaintiff*
   *Jose Tasayco*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TASAYCO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 87, SERVICE EMPLOYEES INTERNATIONAL UNION, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | No. C10-01888 RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br><br>Hon. Richard Seeborg |

la-1267991

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Jose Tasayco and Defendant Service Employees International Union Local 87, through their respective undersigned counsel, hereby jointly stipulate to the dismissal of this action as follows:

1. All claims in the above-captioned action are dismissed in their entirety with prejudice.

2. Each party is to bear its own fees and costs.

3. This stipulation only applies to the claims asserted by Plaintiff Jose Tasayco.

4. The attached order shall be entered.

**SO STIPULATED:**

Dated: November 5, 2014          MORRISON & FOERSTER LLP

                                 By:  */s/ William F. Tarantino*
                                      William F. Tarantino

                                      Attorneys for Plaintiff
                                      JOSE TASAYCO

Dated: November 5, 2014          SIEGEL & YEE

                                 By:  /s/ *Jane Brunner*
                                      Jane Brunner

                                      Attorneys for Defendants
                                      SERVICE EMPLOYEES
                                      INTERNATIONAL UNION LOCAL 87,
                                      SERVICE EMPLOYEES
                                      INTERNATIONAL UNION

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Dated: __11/7_____, 2014

_____
HONORABLE RICHARD SEEBORG
United States District Court Judge

JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. C10-01888 RS

la-1267991