UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR GALLARDO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 87, et al.,<br><br>    Defendants. | Case No. 10-cv-01888-RS<br><br>**ORDER TO SHOW CAUSE** |

Salvador Gallardo is the last plaintiff remaining in what was once a putative class action. Other plaintiffs have agreed to a settlement with the defendants and voluntarily dismissed their claims; Gallardo has not. At the Case Management Conference held on November 13, 2014, Gallardo appeared *pro se* and appeared to indicate that he had no interest in further pursuing his claims against defendants. Despite these representations, according to defense counsel, Gallardo subsequently refused to enter into a settlement agreement. Gallardo then failed to appear at the Case Management Conference held on December 18, 2014.

Gallardo is hereby ordered to appear on February 19, 2015 at 1:30 p.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California and show cause why this matter should not be dismissed for failure to prosecute. If Gallardo does not appear on that date, the case will be dismissed without further notice.

**IT IS SO ORDERED**.

Dated: December 18, 2014

_____
RICHARD SEEBORG
United States District Judge