UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALVADOR GALLARDO, et al.,

    Plaintiffs,

    v.

SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 87, et al.,

    Defendants.

Case No. 10-cv-01888-RS

**ORDER DISMISSING CASE WITH PREJUDICE**

In a December 18, 2014 order, Salvador Gallardo was directed to appear at a February 19, 2015 hearing to show cause as to why his case should not be dismissed for failure to prosecute. Gallardo was further informed that if he failed to appear at the hearing, his case would be dismissed without further notice. Gallardo did not appear at the February 19 hearing. Consequently, Gallardo's case is dismissed with prejudice and the Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: February 19, 2015

    RICHARD SEEBORG
    United States District Judge